UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **8:23-cv-02022-JLS-MAR** | Date: May 17, 2024 |
| Title | **John Evans Arek v. City of Fullerton et al** | |

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Valerie Velasco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On October 27, 2023 ("Plaintiff") proceeding pro se, filed a Complaint ("Complaint") pursuant to 42 U.S.C. § 1983. ECF Docket No. ("Dkt.") 1.

On March 28, 2024, the Court dismissed the Complaint with leave to amend ("ODLA"), granting Plaintiff until April 26, 2024, to either: (1) file a First Amended Complaint; (2) file a notice that he intends to stand on the allegations in the Complaint; or (3) voluntarily dismiss the action without prejudice. Dkt. 15 at 12–13. The ODLA cautioned Plaintiff that failure to timely file a response to the ODLA "**may result**" in the dismissal of the Complaint for failure to prosecute. Id. at 14.

To date, Petitioner has not filed a First Amended Complaint or responded to the ODLA. Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order, **by June 7, 2024,** why this action should not be dismissed under Rule 41(b) for failure to prosecute. See Fed. R. Civ. P. 41(b).

The Court will consider any of the following three (3) options to be an appropriate response to this OSC:

1. Plaintiff shall file a First Amended Complaint that addresses the deficiencies identified in the Court's ODLA;

2. Plaintiff shall provide the Court with an explanation as to why he has failed to file a First Amended Complaint; or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **8:23-cv-02022-JLS-MAR**                                         Date:  May 17, 2024

Title   **John Evans Arek v. City of Fullerton et al**

3. Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a).  **The Clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.**

**Failure to respond to the Court's Order will result in the dismissal of the action.**

**IT IS SO ORDERED.**

| | **Initials of Preparer** | : |
|---|---|---|
| | | vv |