UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EVANS AREK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FULLERTON ET AL,<br><br>　　　　　Defendant(s). | Case No. 8:23-cv-02022-JLS (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that all claims against California State University, Jasmine Galvine, Barge, Sergeant Thayer, Officer Peterson, Officer Espanto, Officer Ashman, and Bridgeman are **DISMISSED** and these parties are **TERMINATED** as Defendants.

Dated:  August 26, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge